IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RICHARD LEROY BILTON,**

        **Plaintiff,**

v.                                            No. CIV-13-0201 LAM

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration,**

        **Defendant.**

# FINAL ORDER

        **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision (Doc. 17)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

        **IT IS SO ORDERED.**

                                      */s/ Lourdes A. Martinez*
                                  **THE HONORABLE LOURDES A. MARTINEZ**
                                  **UNITED STATES MAGISTRATE JUDGE**
                                  **Presiding by Consent**